PROB 12B
ED/AR (12/2012)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 22 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Gregory Baldwin | Case Number: 4:10CR00280-01 JLH |

Name of Sentencing Judicial Officer:   Honorable J. Leon Holmes
United States District Judge

Original Offense:   Aiding and Abetting the Receipt and Possession of Stolen Mail

Date of Sentence:   March 8, 2012

Original Sentence:   60 months Bureau of Prisons; 3 years Supervised Release; Substance Abuse Treatment; $46,633.33 Restitution; $100 Special assessment.

Type of Supervision:   Supervised Release
Date Supervision Commenced: September 16, 2014
Date Supervision Expires: September 15, 2017

U.S. Probation Officer: Travis Perrow | Asst. U.S. Attorney: John Ray White | Defense Attorney: To be determined

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

**Removal of the following Special Condition:**
During incarceration, the defendant will pay 50 percent per month of all funds that are available to him. During residential reentry placement, payments will be reduced to 10 percent of the defendant's gross monthly income. Beginning the first month of supervised release, payments will be 10 percent per month of the defendant's monthly gross income. The interest requirement is waived.

**Addition of the following Special Condition:**
During the term of Supervised Release, restitution payments may be paid in monthly installments of not less than $50 per month.

## CAUSE

Mr. Baldwin was initially required by the Court to make fine payments in the amount of ten percent of his monthly gross income. Mr. Baldwin has been financially unable to submit a payment since his term of supervised release commenced. The Court was previously notified of non-payments for the months of October,

Prob 12B                                     -2-                          Request for Modifying the
                                                                       Conditions or Terms of Supervision
                                                                          with Consent of the Offender

Name of Offender: Gregory Baldwin                          Case Number: 4:10CR00280-01 JLH

November, December 2014; and January and February 2015. Since the last notification submitted to the Court, Mr. Baldwin has failed to pay during the months of March, April, May, and June 2015. Mr. Baldwin completed a monthly cash flow statement, showing his necessary monthly expenses are more than his current monthly income. After reviewing this form and speaking with Mr. Baldwin, it was determined that he was unable to submit the amount ordered by the Court. However, Mr. Baldwin stated he could make a $50 payment per month with his current financial situation. Federal Public Defender Jenniffer Horan has been notified of this modification.

_____                              _____
Travis Perrow                                          John Ray White
U.S. Probation Officer                                 Assistant U.S. Attorney

Date: July 15, 2015                                    Date: 07/15/15

Approved:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

July 22, 2015
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

| | | |
|---|---|---|
| Prob 12B | -3- | Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender |

Name of Offender: Gregory Baldwin                    Case Number: 4:10CR00280-01 JLH

c: Assistant Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
  Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**During the term of supervised release, restitution payments may be paid in monthly installments of not less than $50 per month.**

Witness _____  Signed _____
(U.S. Probation Officer)            (Probationer or Supervised Releasee)

_____
(Date) 7/1/15

_____
FEDERAL DEFENDER