**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                                NO. 4:10CR00280-01 JLH

GREGORY BALDWIN                                                  DEFENDANT

**ORDER**

Court convened on Friday, January 15, 2016, for a hearing on the government's motion to revoke the supervised release of defendant Gregory Baldwin. Document #59. Assistant United States Attorney Mike Gordon was present for the government. The defendant appeared in person and with his attorney, Brannon Sloan.

At the onset of the hearing, the parties jointly requested that the matter be held in abeyance for a period of ninety (90) days to allow the defendant the opportunity to demonstrate that he could comply with the conditions of supervision previously imposed by the Court. Counsel for defendant further requested that Baldwin be released from custody. Without objection, the request was granted.

IT IS THEREFORE ORDERED that defendant Gregory Baldwin be released from the custody of the United States Marshal. The conditions of supervised release are hereby modified to include the following:

- The defendant will be released to live with his wife at the address provided to the probation officer during the hearing.

- The defendant must obtain employment and provide the United States Probation Office with the name of employer and permit the probation officer to verify employment.

- The defendant must ensure that the residence he is released to has a working telephone number and that any messages left from the United States Probation Office are promptly returned.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS FURTHER ORDERED that the United States Probation Office is directed to provide the Court with a written report reflecting whether or not defendant has been in compliance with the conditions of supervised release previously imposed by April 14, 2016.  In the event the defendant is found to be in violation of his conditions of supervised release prior to April 14, 2016, the United States Attorney is directed to submit the appropriate motion and the Court will conduct a hearing.  If there are no additional violations and the defendant abides by all conditions of supervised release, the motion to revoke will be dismissed.

IT IS SO ORDERED  this 19th day of January, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE